**Michael G. KESELICA, Petitioner–
Appellant,**

v.

**J. Michael STOUFFER, Warden; At-
torney General for the State of Ma-
ryland, Respondents–Appellees.**

No. 03–6160.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Michael G. Keselica, Appellant Pro Se.

Before WIDENER, LUTTIG, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Michael G. Keselica, a state prisoner, seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000) without prejudice. When, as here, a district court dismisses a § 2241 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.' " *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Keselica has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*